

## SUPERVISOR'S REPORT OF DISCIPLINARY ACTION

Amcor Rigid Plastics - Nicholasville Kentucky

| Employee Name | Department | Shift | Job Title | Date of Discipline | Category of Discipline | Action Taken |
|---|---|---|---|---|---|---|
| Jeff Spaw | One Step | B | Machine Operator | 5/8/2017 | Work Quality | Termination |

**Circumstances Requiring Action:** (Persons involved, time, date, location, etc.)

On April 30, 2017 Jeff Spaw was working on Nissei 31 changing tower filters and tightening eye bolts, then working on the front chiller filter. He proceeded to turn off the air valves thinking they were the water. A temporary on that shift was conversing with him during the process and picked up Jeff's wrench to help Jeff. The temporary loosened the eye bolts and water sprayed both the temporary and floor. This issue created a significant safety risk with water and oil which Jeff then proceeded to clean up. While Jeff proceeded to clean up the oily water residue, Nissei 31 incurred additional downtime. While the investigation didn't prove whether Jeff heard the temporary offer help or not, Jeff is the one that turned off the wrong valves in the process, and Jeff didn't maintain control of the process of shutting down the machine correctly. In addition he didn't maintain communication with the other party stating not to touch or what he was going to do next as we teach from a safety communication standpoint. Jeff is currently on a final written warning for quality (5/19/2016). During the last year he has also had a documented history for inappropriate behavior, a significant quality (misticketing) mistake and continued attendance issues. At this point per review of Jeff's file, we are making the decision to separate employment. Jeff is making too many errors in his processes, each are a cost to the business. Jeff's behavior towards quality is not improving and control over his own machine has to be maintained. Jeff's last day of work is 5/8/2017 and his benefits will extend to the end of May. Jeff will receive payment for any accrued, but unused vacation in the next payroll run if he hasn't used what has been accrued to date.

**Employee's Comments**

ASSOCIATE REQUESTED COPY OF FILE. ASSOCIATE REQUESTED COPY OF DOCUMENT. EXPLAINED FILE COULD BE REVIEWED AT A LATER DATE. ASSOCIATE'S TOOLS + TOOL BOX ARE LOCKED UP AND POSITIONED BY NISSEI 23.

**Additional Comments**

ASSOCIATE PROVIDED CONTACT INFORMATION. MADE AWARE OF CONFIDENTIALITY AND APPROVAL PRIOR TO COMING ON PROPERTY.

Jeff Spaw
**Employee Name (Supervisor type in)**

REFUSED TO SIGN
**Employee Signature Received**

Shad Blackston
**Supervisor Name/Title**

*[signature]*
**Supervisor Signature**

One Step
**Department**

**Date Signed**

*[signature]* 5/9/17
**HR Signature and Date Received**