# State of Business – Policy - Attendance

## Changes

### Current State

- NCNS 4 Points
- 2 points for full day
- 1 point for ½ day, 1/2 point for <2 Hrs
- 3 x fail to punch, 4th = ½ point
- Swaps – 1 with in a pay period
- 8 hour employees flex vs vacation coverage
- Vacations allowed in smaller increments for 8 hour EE's
- EE's missing multiple days in a row, ties together multiple days – wasn't limited
- EV – 2 per year – one per each 6 months calendar year
  - In error some employees got away with tying extra days together with EV and no points. This is not how the policy is written. We are not continuing to do this.

Discipline Scale Current
| | |
|---|---|
| 4.0 | **Verbal Warning** |
| 7.0 | **Written Warning** |
| 10.0 | **Final Written Warning** |
| 12+ | **Subject to Terminati** ing review) |

### Future State 7/1/2016

- NCNS 2 Points
- 1 point for full day, or for more than ½ shift missed
- 1/2 point for less than ½ day missed
- Becomes behavioral progressive discipline
- Swaps - 2 per year – if you swap with another employee no matter who initiated the swap
- 8 hour employees – 2 flex allocations per year
- Vacations allowed in ½ or full day – only exception with FML certified
- One time in rolling 12 month calendar tie up to 3 days together with a Dr. Note – anything longer then that should be FML through Prudential.
- EV – 2 per year with in the calendar year
- Employees that call out and take points, can request vacation to be paid out to make them whole, but this does not exempt them from points

Discipline Scale Future State
| | |
|---|---|
| 4.0 | **Verbal Warning** |
| 6.0 | **Written Warning** |
| 7.0 | **Final Written Warning** |
| 8+ | **Subject to Termination (pending review)** |

**Points will be adjusted on 7/1 – down by 1/3 to be cohesive with the new discipline scale.**

Any points accrued prior to 7/1 will count toward current policy and current discipline scale.



amcor   Privileged & Confidential

8