

WI Number: 6315  
Rev. 1

Department: Two Step  
Written by: Mark Haynes/Fred Luxmore  
Page 1 of 6

## Scrap Ticket Generation (Nicholasville).

| NO. | SEQUENCE OF OPERATION | KEY | JOB LAYOUT (details) |
|---|---|---|---|
| 1 | Log into CDM. <br> Double click the icon. | | |
| 2 | The following screen should appear next. <br> Enter the following information. <br> Employee No <br> Password. | | |



LEGEND  
△ = STANDARD ITEMS  
/C\ = CONTROL ITEMS  
▓ = SAFETY ITEMS  
◉ = VISUAL CHECKS



WI Number: 6315  
Rev. 1

Department: Two Step  
Written by: Mark Haynes/Fred Luxmore  
Page 2 of 6

## Scrap Ticket Generation (Nicholasville).

| NO. | SEQUENCE OF OPERATION | KEY | JOB LAYOUT (details) |
|---|---|---|---|
| 3 | Click on (+) next to Factory. | | |
| 4 | Click on (+) next to Advanced. | | |
| 5 | Double click on Production Schedule. | | |
| 6 | Click on the white box next to the packaging line you would like to see come up on the schedule. A check mark will then appear in the white box. | | |
| 7 | After you select the packaging lines that you would like to see on the schedule - click the Query button. | | |



LEGEND  
△ = STANDARD ITEMS  
/C\ = CONTROL ITEMS  
■ = SAFETY ITEMS  
👁 = VISUAL CHECKS



WI Number: 6315  
Rev. 1

Department: Two Step  
Written by: Mark Haynes/Fred Luxmore  
Page 3 of 6

## Scrap Ticket Generation (Nicholasville).

| NO. | SEQUENCE OF OPERATION | KEY | JOB LAYOUT (details) |
|---|---|---|---|
| 8 | The production schedule will appear on the screen. Leave it open because you will need to use some of the information being displayed on the schedule. | | |
| 9 | Log into Wintern. Enter your name in EMP BADGE. Enter your password. | | |
| 10 | After you enter name and password the following screen will appear. Next, select Material Menu. | | |



LEGEND ⬛ = STANDARD ITEMS ▮ = SAFETY ITEMS

⚠C = CONTROL ITEMS 👁 = VISUAL CHECKS



WI Number: 6315  
Rev. 1

Department: Two Step  
Written by: Mark Haynes/Fred Luxmore  
Page 4 of 6

## Scrap Ticket Generation (Nicholasville).

| NO. | SEQUENCE OF OPERATION | KEY | JOB LAYOUT (details) |
|-----|----------------------|-----|---------------------|
| 11 | Select PROD. SCRAP. | | |
| 12 | Enter the printer location. | | |



LEGEND  △ = STANDARD ITEMS  ▇ = SAFETY ITEMS  
/C\ = CONTROL ITEMS   ◉ = VISUAL CHECKS



WI Number: 6315  
Rev. 1

Department: Two Step  
Written by: Mark Haynes/Fred Luxmore  
Page 5 of 6

## Scrap Ticket Generation (Nicholasville).

| NO. | SEQUENCE OF OPERATION | KEY | JOB LAYOUT (details) |
|---|---|---|---|
| 13 | After you enter the printer location the following screen will appear. You will need to refer back to the production schedule for some information. *Example of making a scrap ticket for Ring Force.* | | |
| A. | Enter Order in PLO: 2025126 | | |
| B. | Enter Prodno in P: 20046173 | | |
| C. | Enter PROD VER: PO1A | | |
| D. | Enter Gross WGT: 15 | | |
| E. | Enter Tare WGT: 0 | | |
| F. | Enter RSN: enter the reason code for the scrap. | | |



Example of a production schedule.

| | Order | St | Work Center | Prodno | Description |
|---|---|---|---|---|---|
| 1 | 2025126 | S | 4653PK01 | 20046173 | F,LQ,175,1056,81G,RING FORCE,WPWTF6IN,8T |
| 2 | 2015960 | N | 4653PK01 | 20044638 | F,LQ,175,630,81G,RFWOLFSCHMIDT,7,6RW2C,H |
| 3 | 2024217 | N | 4653PK01 | 20044205 | F,LQ,175,630,81G,CHUNTANAGE8/13,7,6K2C,H |
| 4 | 2024225 | N | 4653PK01 | 20045856 | F,LQ,175,630,81G,BMARKANCAGE8YR,7,RW1C,H |
| 5 | 2025425 | N | 4653PK01 | 20043062 | F,LQ,175,630,83.4G,DEKUYR844CLR,7,6CW3CH |
| 6 | 2025426 | N | 4653PK01 | 20044953 | F,LQ,175,720,83.4G,ALBDBEAM844CL8,40EC,H |
| 7 | 2025187 | N | 4653PK01 | 20043164 | F,LQ,175,630,83.4G,KAMORA 844 AMB,7CW2CH |
| 8 | 2024700 | N | 4653PK01 | 20045995 | F,LQ,175,630,83.4G,CLANMCGRG03/14,7TW3CH |

**LEGEND**

△ = STANDARD ITEMS   ▪ = SAFETY ITEMS

△C = CONTROL ITEMS   👁 = VISUAL CHECKS



WI Number: 6315  
Rev. 1

Department: Two Step  
Written by: Mark Haynes/Fred Luxmore  
Page 6 of 6

## Scrap Ticket Generation (Nicholasville).

| NO. | SEQUENCE OF OPERATION | KEY | JOB LAYOUT (details) |
|---|---|---|---|
| 14 | Select and enter the correct scrap material number. Reference Scrap Material Number sheet. | |  |
| 15 | Select and enter the correct cost center. Reference Two Step Segment Summary sheet. | | |
| 16 | The scrap ticket will be generated out of the printer you selected in step #12. Note: If the scrap ticket don't print ---- contact the shift supervisor. Don't make another scrap ticket until the issue is resolved. | | |

LEGEND  
△ = STANDARD ITEMS  
⚠C = CONTROL ITEMS  
■ = SAFETY ITEMS  
👁 = VISUAL CHECKS